IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES Y. HERRON, ) | CV 07-00623 HG-BMK |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security, ) | |
| Defendant. ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 65)

Findings and Recommendation having been filed and served on all parties on 2/29/2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act" (Doc. 65) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 21, 2012.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge