IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| James Y. Herron, | ) CV 07-00623 HG-BMK |
| Plaintiff, | ) |
| vs. | ) |
| Michael J. As true Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 88)

Findings and Recommendation having been filed and served on all parties on August 31, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Plaintiff's Motion for Attorneys' Fees be Granted in Part" (Doc. 88) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: September 19, 2012.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge